HOLLAND & KNIGHT LLP
Qian (Sheila) Shen (SBN 332048)
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone:    (213) 896-2563
Facsimile:    (213) 896-2450
E-Mail:       qian.shen@hklaw.com

*Attorneys for Defendants McGraw Hill LLC and McGraw-Hill Education, Inc.*

SIDEMAN & BANCROFT LLP
Ian K. Boyd (SBN 191434)
Alexander J. Bukac (SBN 305491)
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827
E-Mail:       iboyd@sideman.com
              abukac@sideman.com

*Attorneys for Plaintiffs Paul M. Insel, Walton T. Roth, and Thomas D. Fahey*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. INSEL, an individual, WALTON T. ROTH, an individual, and THOMAS D. FAHEY, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MCGRAW HILL LLC, a Delaware limited liability company, and MCGRAW-HILL EDUCATION, INC., a New York corporation,<br><br>                    Defendants. | Case No. 4:22-cv-05475-DMR<br><br>Hon. Judge Donna Ryu<br><br>**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT; STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

///

///

///

///

STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT & CONTINUE CASE MGMT. CONF.

## STIPULATION

**IT IS HEREBY STIPULATED** by and between Plaintiffs Paul M. Insel, Walton T. Roth, and Thomas D. Fahey (together, "Plaintiffs"), and Defendants McGraw Hill LLC and McGraw-Hill Education, Inc. (together, "Defendants") (collectively, the "Parties") as follows:

1. WHEREAS, on or about September 26, 2022 Plaintiffs filed their Complaint in this action. *See* Dkt. No. 1.

2. WHEREAS, the Complaint and Summons were served on Defendants on or about September 27, 2022.

3. WHEREAS, the Parties previously stipulated and agreed to extend Defendants time to respond to the Complaint to and through December 17, 2022.

4. WHEREAS, the Court has scheduled a case management conference for January 4, 2023.

5. WHEREAS, the Parties are engaged in settlement discussions and are making substantial progress on their settlement discussions.

6. WHEREAS, in light of the above, the Parties believe it the most efficient use of the Parties' and Court's resources to continue the Case Management Conference currently scheduled for January 4, 2023.

**NOW THEREFORE**, the Parties hereby stipulate to further extend Defendants' time to respond to the Complaint by thirty (30) days to and through January 17, 2023.

///
///
///
///
///
///
///
///
///

**FURTHER**, the Parties jointly request, pursuant to the Court's Standing Order, that the Court continue the Case Management Conference scheduled for January 4, 2023 until February 8, 2023 or as soon thereafter as the Court is available.

Dated: December 20, 2022            Respectfully submitted,

                                               SIDEMAN & BANCROFT LLP

By:  /s/ Ian K. Boyd
          Ian K. Boyd

*Attorneys for Plaintiffs*
*Paul M. Insel, Walton T. Roth, and Thomas D. Fahey*

Dated: December 20, 2022            Respectfully submitted,

                                               HOLLAND & KNIGHT LLP

By:  /s/ Qian Shen
          Qian (Sheila) Shen

*Attorneys for Defendants*
*McGraw Hill LLC and McGraw-Hill Education, Inc.*

### ORDER

IT IS HEREBY ORDERED that Defendants' time to respond to the Complaint is further extended by thirty (30) days to and through January 17, 2023.  The Initial Case Management conference scheduled for January 4, 2023 at 1:30 p.m. is continued to February 15, 2023 at 1:30 p.m. in Oakland, by Videoconference only.  Parties shall file a joint case management conference statement by February 8, 2023.

**IT IS SO ORDERED AS MODIFIED.**

Dated: December 21, 2022

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamp: IT IS SO ORDERED AS MODIFIED, signed Judge Donna M. Ryu]*

_____
DONNA M. RYU
United States Magistrate Judge